UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

PRAMUKH GAJJAR,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - x

INFORMATION

07 Cr.



**07 CRIM. 1227**

**JUDGE ROBINSON**

### COUNT ONE

The United States Attorney charges:

From at least in or about December 2005, through the date of the filing of this Information, in the Southern District of New York, PRAMUKH GAJJAR, the defendant, unlawfully, willfully and knowingly, did falsify, conceal, and cover up material facts, and made false, fictitious, and fraudulent statements and representations in connection with the application for and receipt of compensation and other benefit and payment under subchapter I of chapter 81 of Title 5, United States Code, to wit, GAJJAR exaggerated the extent of his injury during medical examinations in connection with his receipt of workers' compensation benefits.

(Title 18, United States Code, Section 1920.)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

_____
MICHAEL J. GARCIA
United States Attorney