# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | :    07 Cr. 1227 |
| **PRAMUKH GAJJAR,** | : |
|               Defendant. | : |

------------------------------------x

**07 CRIM. 1227**

**JUDGE ROBINSON**

      **PRAMUKH GAJJAR,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 1920, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                  Defendant.

                                                 _____
                                                 Counsel for Defendant.

Date:   White Plains, New York
           December 27th, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____