

Francis X. Young, ESQ

Mayo Gregory Bartlett, ESQ*

* admitted in New York and Connecticut

LAW OFFICES OF

# YOUNG&BARTLETT, LLP

Of Counsel

James F. Donohue

Paulette Bainbridge, R.N., ESQ

March 14, 2008

**Via Facsimile**
**(914) 390-4179**

**MEMO ENDORSED**

Hon. Stephen C. Robinson, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Pramukh Gajjar
            07 Cr. 1079

Dear Judge Robinson:

    This office represents the Defendant, Pramukh Gajjar, in the above-referenced matter.

    I wish to respectfully confirm that this matter is on your Honor's Calendar for Friday, April, 25, 2008, at 11:30 a.m. This date is on consent with Assistant United States Attorney Nicholas L. McQuaid. Also, this office consents that the time be excluded for purposes of a speedy trial.

    Thank you for your courtesy with respect to this matter.

*[Handwritten: Time from 3/14/08 to 4/25/08 is excluded from the Speedy Trial calculation in the interests of justice.]*

**APPLICATION GRANTED**

*[signature]*
HON. STEPHEN C. ROBINSON
3/14/08

Very truly yours,

*[signature]* Mayo G. Bartlett/KB

MAYO G. BARTLETT

MGB:kb

cc:    Nicholas L. McQuaid, Asst. United States Attorney (Via Fax – 914/993-1980)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

81 Main Street White Plains NY 10601 914 285-1500 ph 914 285-0055 fx
NYC Office: 62 Wall Street Suite 2211 New York NY 10005 212 709-8040 ph 212 943-2300 fx