

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

## MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 23, 2008



**BY HAND**
The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Pramukh Gajjar</u>
07 Cr. ~~1079~~ (SCR)
    1227

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the scheduled conference in the above-referenced case be adjourned from April 25, 2008 until May 23, 2008 at 12:00 p.m.. The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 25, 2008 until May 23, 2008.

Thank you for your consideration of this matter.

*Time from 4/25/08 to 5/23/08 is excluded from the Speedy Trial Act calculation in the interests of justice.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
4/23/08

By: /s/
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

cc: Mayo G. Bartlett, Esq. (By Fax)