

Francis X. Young, ESQ
Mayo Gregory Bartlett, ESQ*

* admitted in New York and Connecticut

LAW OFFICES OF
**YOUNG & BARTLETT, LLP**

Of Counsel
James F. Donohue
Paulette Bainbridge, R.N., ESQ

May 22, 2008

**Via Facsimile**
**(914) 390-4179**

**MEMO ENDORSED**

Hon. Stephen C. Robinson, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Pramukh Gajjar
           ~~07 Cr. 1079 and/or~~ 07 Cr. 1227 (SCR)

Dear Judge Robinson:

    This office represents the Defendant, Pramukh Gajjar, in the above-referenced matter, which is on your Honor's Calendar for Friday, May 23, 2008 at 12 noon.

    I respectfully advise your Honor, Mr. Pramukh Gajjar is presently hospitalized due to cancer. I respectfully request an adjournment of one month to June 20, 2008. This adjournment is on consent with Assistant United States Attorney Nicholas L. McQuaid. Also, this office consents to the exclusion of time for speedy trial purposes.

    Thank you for your courtesy with respect to this matter.

*Time from May 23, 2008 through June 27, 2008 is excluded from the Speedy Trial calculation for the reasons set forth above and in the interests of justice.*

**SO ORDERED**
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
5/22/08

Respectfully submitted,

Mayo Gregory Bartlett
MAYO GREGORY BARTLETT

MGB:cmg

cc:  Nicholas L. McQuaid, Asst. United States Attorney (Via Fax - 914/993-1980)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

81 Main Street   White Plains NY 10601   914 285-1500 ph   914 285-0055 fx
NYC Office: 110 Wall Street   11th Floor   New York NY 10005   212-709-8040 ph   212-943-2360 fx