Francis X. Young, ESQ  
Mayo Gregory Bartlett, ESQ*

* admitted in New York and Connecticut



LAW OFFICES OF
# YOUNG & BARTLETT, LLP

Of Counsel  
James F. Donohue  
Paulette Bainbridge, R.N., ESQ

**VIA FACSIMILE**  
(914) 390-4179

August 21, 2008

Honorable Stephen C. Robinson  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

**MEMO ENDORSED**

Re:  United States v. Pramukh Gajjar  
     07 Cr. 1227

Dear Judge Robinson:

As requested and in furtherance of our correspondence, dated August 15, 2008, a copy of which is attached hereto, we respectfully advise the Court that the Indian conference, which the defendant, Pramukh Gajjar, requests permission of your Honor to attend is being held at the Raritan Center, Edison, New Jersey, on August 29, 2008, August 30, 2008 and August 31st, 2008. As previously advised, this request is with the consent of the Assistant U.S. Attorney, Nicholas McQuade.

We respectfully request your Honor's consideration of this matter, and request your staff advise us with respect to your Honor's decision. Thank you for your courtesy with respect to this matter.

Respectfully submitted,

*Mayo Gregory Bartlett*  
MAYO GREGORY BARTLETT

MGB:cmg  
cc:  Nicholas McQuade, U.S. Attorney  
     (fax 993-1980)

APPLICATION GRANTED  
*Stephen C. Robinson*  
HON. STEPHEN C. ROBINSON  
8/21/08

81 Main Street  White Plains NY 10601  914 285-1500 ph  914 285-0055 fx  
NYC Office: 110 Wall Street  11th Floor  New York NY 10005  212 709-8040 ph  212 943-2300 fx