UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                v.

Pramukh Gajjar,

---

                      ORDER ACCEPTING PLEA ALLOCUTION

                      07 Cr. 1227 (SCR)

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated August 14, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: *November 26, 2008*

                                      SO ORDERED:

                                      STEPHEN C. ROBINSON
                                      UNITED STATES DISTRICT JUDGE